UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RUTH A. BRANDLEIN,

    Plaintiff,

vs.                        Case No. 3:04-cv-705-J-HTS

JO ANNE B. BARNHART,
Commissioner of
Social Security,

    Defendant.
_____

**O R D E R**

    This cause is before the Court on the Unopposed Motion for Entry of Judgment with Remand (Doc. #22; Motion), filed on April 26, 2005. Defendant requests that the case be remanded "for re-evaluation by an administrative law judge (ALJ) of the step four determination that Plaintiff could perform her past relevant work. The ALJ will obtain additional vocational expert testimony, if necessary, and issue a new decision." *Id.* at 1. The Commissioner asserts the case should "be reversed and remanded under sentence four of 42 U.S.C. §405(g) (dealing with judicial review of benefit determinations)[.]" *Id.* at 2. It is represented counsel for Plaintiff has no objection to the Motion, *id.* at 1, and such a disposition is clearly within the Court's authority. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Accordingly, the Motion (Doc. #22) is **GRANTED**, and the Clerk of the Court is directed to enter judgment **REVERSING AND REMANDING** this case pursuant to sentence four of 42 U.S.C. § 405(g) with instructions for the Commissioner to re-evaluate "the step four determination that Plaintiff could perform her past relevant work. The ALJ will obtain additional vocational expert testimony, if necessary, and issue a new decision." Motion at 1.

**DONE AND ORDERED** at Jacksonville, Florida this 26th day of April, 2005.

/s/       Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    *pro se* parties, if any