## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

RUTH A. BRANDLEIN,

     Plaintiff,

vs.                    CASE NO.  3:04-cv-705-J-HTS

JO ANNE B. BARNHART,
Commissioner of
Social Security,

     Defendant.

_____

### O R D E R

This cause is before the Court on Plaintiff's Consent Petition for Attorney Fees (Doc. #25; Petition), filed on June 11, 2005.  It is represented Defendant consents to the amount sought in the Petition.  *Id.* ¶ 8.

A total of 29.1 hours were expended in the representation of Plaintiff before the Court.  *Id.* ¶ 6; Schedule of Hours of Sarah H. Bohr (Bohr Statement), attached to the Petition; Time Expended in the Matter of Ruth A. Brandlein (Statement), attached to the Petition.  Of that, 5.5 hours were performed in 2004, and 23.6 hours were completed in 2005.  Petition ¶ 6; Bohr Statement; Statement.  Plaintiff seeks a total payment of $4,500.35 in fees and $150.00 in costs.  Petition ¶ 6.  This is based on an hourly rate of $151.65 for work performed in 2004, and $155.35 for services provided in 2005.  *Id.*

Having found that Plaintiff satisfies the statutory requirements for an award of fees, *see* 28 U.S.C. § 2412(d), the Court concludes the correct hourly rates are $150.49 for 2004, and $154.88 for 2005.[1]  Thus, Plaintiff may reasonably be awarded $4,482.87[2] in attorney fees and $150.00 in costs.

Accordingly, the Petition (Doc. #25) is **GRANTED** to the extent the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $4,482.87 and costs totaling $150.00.

**DONE AND ORDERED** at Jacksonville, Florida this 20th day of June, 2005.


                              /s/      **Howard T. Snyder**
                              HOWARD T. SNYDER
                              UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
        *pro se* parties, if any

---

    1    For the purpose of determining the correct hourly rates, adjusted for inflation, the court visited http://data.bls.gov/cgi-bin/cpicalc.pl (last visited June 15, 2005).

    2    The fees sought by Plaintiff are slightly more than the amount allowed under the Equal Access to Justice Act, 28 U.S.C. § 2412, accounting for adjustments due to the increase in the cost of living. *See* 28 U.S.C. § 2412(d)(2)(A).
    Defendant agrees to the amount sought by Plaintiff. Petition ¶ 8.  While the Court does not intend to undermine the parties' agreement, it is unable to award the amount requested, based on the number of hours listed in the Petition, as it exceeds the amount allowed by 28 U.S.C. § 2412.  In this case, having determined the applicable hourly rate based on the year in which the services were performed, the Court awards the lodestar amount, which is the hourly rate multiplied by the number of hours expended in representing Plaintiff.

- 2 -